**FILED**
Samuel L. Kay, Clerk
United States Bankruptcy Court
Savannah, Georgia
By wpena at 10:23 am, Jan 17, 2012

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| In the matter of: ) | Chapter 13 Case |
| ) | Number 04-60273-JSD |
| MARY L. TAYLOR ) | |
| Debtor(s) ) | |

## ORDER ON MOTION FOR RELEASE OF FUNDS

The Application Requesting Payment from Unclaimed Funds to Mary L. Taylor, having been read and considered, and just cause having been shown,

**IT IS HEREBY ORDERED** that the sum of $460.82 held in unclaimed funds be paid to Mary L. Taylor and sent to the address shown on the application.

_____
Judge, United States Bankruptcy Court

Entered at Brunswick, Georgia

this 13th day of January 2012.